RECEIVED BY MAIL

NOV 15 2007
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
ST. LOUIS

| | |
|---|---|
| CAROYLN BETTON, et al., | ) |
| Plaintiffs, | ) ) ) ) Cause No. 4:05CV01455 (JCH) |
| vs. | ) ) |
| ST. LOUIS COUNTY, MISSOURI, | ) ) |
| Defendant. | ) |

## MOTION FOR WITHDRAWAL

COMES NOW Eric T. Tolen, attorney at law, and motion this Honorable Court for leave to withdraw as attorney of record in the above styled cause. In support of the motion, Attorney states as follows:

1. At all time pertinent to this lawsuit, The Plaintiff Jeanette Tolen, has been represented by Eric T. Tolen, or members of his staff at the Tolen Law Firm, LLC.

2. That since August 6, 2007, Mr. Tolen has been and currently is incarcerated in the St. Louis County Justice Center for allegedly committing numerous criminal violations.

3. That as a result of Mr. Tolen incarceration, on September 26, 2007 the Supreme Court of Missouri Suspended the undersigned's license to practice law in the State of Missouri. Moreover, pursuant to Rule 5.27 of the Missouri Rule of Professional Conduct, the undersigned was required to notify his clients of same and counsel.

4. In light of the foregoing, the undersigned is unable to continue his representation of the Plaintiff in this matter.

WHEREFORE, based upon the reason stated above, and for good cause shown, the undersigned respectfully motions this Honorable Court for leave withdraw of his representation of the Plaintiff in the above-styled cause.

Respectfully submitted,

*[signature]*

Eric T. Tolen, MBE #33260
2012 Woodson Road
St. Louis, MO 63114
Telephone: (314) 429-5455
Facsimile: (314) 429-4515
*tolenlaw@sbcglobal.net*

## CERTIFICATE OF SERVICE

The undersigned certified that a copy of the foregoing was sent by United States mail, postage pre-paid, this 25th day of October, 2007, to the following counsel of record:

Michael A. Shuman
Associate County Counselor
Lawrence K. Roos Building
41 S. Central Ave.
Clayton, MO 63105

*[signature]* Green
THE TOLEN LAW FIRM, LLC