# United States District Court

### EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

CAROLYN BETTON, CYTOYS DURHAM,
COLETTE HOWARD, JURLEAN JOHNSON
and CHARLENE KING,
          Plaintiff(s),

v.                         CASE NUMBER:       4:05CV01455JCH

ST. LOUIS COUNTY, MISSOURI

          Defendant(s).

:     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

9     **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

9     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS HEREBY ORDERED AND ADJUDGED** that on the retaliation claim of plaintiff Carolyn Betton, as submitted in Instruction 6, judgment is entered in favor of plaintiff Carolyn Betton and against defendant St. Louis County, Missouri with damages assessed in the amount of $1.00 (One Dollar) and punitive damages assessed in the amount of $2,500.00 (Two Thousand Five Hundred Dollars) in favor of plaintiff Carolyn Betton.

     **IT IS FURTHER ORDERED AND ADJUDGED** that on the retaliation claim of plaintiff Carolyn Betton as submitted in Instruction 11, judgment is entered in favor of plaintiff Carolyn Betton and against defendant St. Louis County, Missouri with damages assessed in the amount of $1.00 (One Dollar) and punitive damages assessed in the amount of $10.000 (Ten Thousand Dollars) in favor of plaintiff Carolyn Betton.

     **IT IS FURTHER ORDERED AND ADJUDGED** that on the retaliation claim of plaintiff Jurlean Johnson, as submitted in Instruction 26, judgment is entered in favor of plaintiff Jurlean Johnson and against defendant St. Louis

County, Missouri with damages assessed in the amount of $1.00 (One Dollar) and punitive damages assessed in the amount of $2,500.00 (Two Thousand Five Hundred Dollars in favor of plaintiff Jurlean Johnson.

**IT IS FURTHER ORDERED AND ADJUDGED** that on the retaliation claim of plaintiff Jurlean Johnson, as submitted in Instruction 31, judgment is entered in favor of plaintiff Jurlean Johnson  and against defendant St. Louis County, Missouri with damages assessed in the amount of $1.00 (One Dollar) and punitive damages assessed in the amount of $10.000 (Ten Thousand Dollars)  in favor of plaintiff Jurlean Johnson.

**IT IS FURTHER ORDERED AND ADJUDGED** that on the retaliation claim of plaintiff Charlene King as submitted in Instruction 36,   judgment is entered in favor of plaintiff Charlene King and against defendant St. Louis County, Missouri with damages assessed in the amount of $1.00 (One Dollar) and punitive damages assessed in the amount of $2,500.00 (Two Thousand Five Hundred Dollars) in favor of plaintiff Charlene King.

**IT IS FURTHER ORDERED AND ADJUDGED** that on the retaliation claim of plaintiff Colette Howard, as submitted in Instruction 21,   judgment is entered in favor of plaintiff Colette Howard and against defendant St. Louis County, Missouri with damages assessed in the amount of $1.00 (One Dollar) and punitive damages assessed in the amount of $2,500.00 (Two Thousand Five Hundred Dollars) in favor of plaintiff Colette Howard.

**IT IS FURTHER ORDERED AND ADJUDGED** that on the retaliation claim of plaintiff Cytoys Durham, as submitted in Instruction 16, judgment is entered in favor of defendant St. Louis County, Missouri and against plaintiff Cytoys Durham.

James G. Woodward
CLERK

March 9, 2010
DATE

By:     /s/ C. Lippold
DEPUTY CLERK