IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Carolyn Betton, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 4:05CV1455 (JCH) |
| | ) | |
| St. Louis County, Missouri, | ) | |
| | ) | |
| Defendant. | ) | |

### Plaintiffs' Motion for Attorneys' Fees

Come now plaintiffs and move the court for an award of attorneys' fees.[1] In support of their motion, plaintiffs state:

1) Four of the five plaintiffs prevailed in their litigation under the Missouri Human Rights Act;

2) The Missouri Human Rights Act, RSMo. 213.111.2 authorizes a fee award under such circumstances;

3) The fees requested (listed below) are appropriate and reasonable as set forth more fully in Plaintiff's Memorandum in Support of Motion for Attorneys' Fees and the exhibits attached thereto, which are incorporated herein; and,

---

[1] This is not incorporating the separate request for fees submitted by Eric T. Tolen (Doc. 122).

4) The fees requested are as follows:

    D. Eric Sowers - 339.9 hours at $450 per hour, totaling $152,955.

    Ferne P. Wolf - 212.2 hours at $400 per hour, totaling $84,880.

    M. Beth Fetterman - 37.5 hours at $250 per hour, totaling $9,375.

    Rufus J. Tate, Jr. - 102.7 hours at $300 per hour, totaling $30,810.

WHEREFORE, plaintiffs ask that the court grant their motion.

        s/ Ferne P. Wolf
        Ferne P. Wolf, 4737
        D. Eric Sowers, 5009
        Sowers & Wolf, LLC
        530 Maryville Centre Drive, Suite 460
        St. Louis, Missouri 63141
        314 744-4010/314 744-4026 (fax)
        fw@sowerswolf.com

        Rufus J. Tate, Jr., 46993
        7751 Carondelet, Suite 803
        St. Louis, Missouri 63105
        314 726-6495/314 726-0424 (fax)
        tatelawfirm@aol.com

The undersigned certifies that a copy of the foregoing was served on March 25, 2010 on the clerk of the court using the ECF system which will notify the following counsel of record of its filing: Michael A. Shuman and Robert H. Grant, Sr.

        s/Ferne P. Wolf