AO 133 *(Rev. 9/89)* Bill of Costs

# United States District Court

## EASTERN DISTRICT OF MISSOURI

### BILL OF COSTS

V.

Case Number: ___4:05-cv-1455 (JCH)___

Judgment having been entered in the above entitled action on ___3/9/10___ against ___St. Louis County, Missouri___
  Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | 705.00 |
| Fees for service of summons and subpoena (if service by U.S. Marshal) | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2063.25 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | 146.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 827.40 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | 3741.65 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Robert H. Grant and Michael Shuman, 41 S. Central Ave., Clayton, MO 63105

Signature of Attorney: _____

Name of Attorney: _____   Ferne P. Wolf

For: ___Carolyn Betton, et al, Plaintiffs___ Date: 3/26/10
  Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgement.

_____   By: _____   _____
  Clerk of Court                              Deputy Clerk                          Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | | Total Cost Each witness |
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | | |
| Robert Peterson, 653 Indian Acres Rd., Robertsville, MO 63072 | 1 | 40 | | | 1 | 44 | | 88.00 |
| Phillip Muehlheausler, 5544 Seabridge Court, St. Louis, MO 63129 | 1 | 40 | | | 1 | 18 | | 58.00 |
| | | | | | | TOTAL | | 146.00 |

# NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1,1948) provides:**

"Sec. 1924. Verification of bill of costs."

   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred m the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

   "A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**

Rule 54 (d)

   "Except where express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)

   "Whenever a party has the right or IS required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

   "Entry of the judgment shall not be delayed for the taxing of costs."

## Summary of Costs

| Page | Description | Cost | Totals |
|---|---|---|---|
| | **Fees of the Clerk** | | |
| 1 | Civil Filing Fee | $250.00 | |
| 2 | Notice of Appeal Filing Fee | $455.00 | |
| | | | $705.00 |
| | **Fees of the court reporter** | | |
| 3 | Midwest Litigation Services for depositions of Jurlean Johnson, Charlene King | $200.50 | |
| 4 | Midwest Litigation Services for depositions of Cytoys Durham and Collete Howard | $206.50 | |
| 5 | Midwest Litigation Services for deposition of Carolyn Betton | $184.00 | |
| 6 | Mueller Reporting for Depositions of Mary Losing, Linda Edison, Michael Suddarth, and Mary Blunt | $812.90 | |
| 7 | Mueller Reporting for Deposition of Philip Muehlheausler | $228.00 | |
| 8 | Mueller Reporting for Depositions of Shirley Surgener and Vanessa Farmer | $280.65 | |
| 9 | Mueller Reporting for Deposition of Karen Leahy | $150.70 | |
| | | | $2,063.25 |
| 10 | **Fees for witnesses (itemized on Bill of Costs)** | | $146.00 |
| | **Photocopying** | | |
| 15 | 4137 pages @ .20/page | | $827.40 |
| | | | |
| | **Total** | | $3,741.65 |



MOED - CM/ECF (LIVE) History/Documents Query - Mozilla Firefox

https://ecf.moed.uscourts.gov/cgi-bin/HistDocQry.pl?104282016243586-L_ShowDktTxt_1-0-75719--19-0

**CM/ECF**

Civil ▾    Criminal ▾    Query    Reports ▾    Utilities ▾    Search    Logout

**Full docket text:**
Receipt # S2005-010305 in the amount of $250.00 for CIVIL FILING FEE, CIVIL FILING FEE-2ND 1/2 on behalf of TOLEN, ERIC. (CSW.)

|  | PACER Service Center |  |  |
|---|---|---|---|
|  | Transaction Receipt |  |  |
|  | 03/18/2010 15:03:35 |  |  |
| PACER Login: | | Client Code: | |
| Description: | History/Documents | Search Criteria: | 4:05-cv-01455-JCH |
| Billable Pages: | 1 | Cost: | 0.08 |

Done

start | Inbox - Microsoft Out... | Plaintiff AMENDED B... | MOED - CM/ECF (LIV... | MOED - CM/ECF (LIV... | 3:05 PM



MOED - CM/ECF (LIVE) History/Documents Query - Mozilla Firefox

ecf.moed.uscourts.gov | https://ecf.moed.uscourts.gov/cgi-bin/HistDocQry.pl?104262046214435B-L_ShowDktTxt_1-0-75719-35-126-0

## CM/ECF

| Civil ▾ | Criminal▾ | Query | Reports ▾ | Utilities ▾ | Search | Logout |

**Full docket text for document 35:**

NOTICE OF APPEAL by Plaintiffs Charlene King, Carolyn Betton, Cytoys Durham, Colette Howard, Jurlean Johnson. Filing fee $ 455, receipt number 1032910 (Tolen, Eric)

### PACER Service Center

#### Transaction Receipt

| | |
|---|---|
| 03/18/2010 15:17:25 | |

| PACER Login: | | Client Code: | |
|---|---|---|---|
| Description: | History/Documents | Search Criteria: | 4:05-cv-01455-JCH |
| Billable Pages: | 1 | Cost: | 0.08 |

Done

start | Inbox - Microsoft Ou... | Plaintiffs ANEWSED R... | MOED - CM/ECF (LIV... | MOED - CM/ECF (LIV... | 3:17 PM

2

## Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

| Bill To: | | |
|---|---|---|
| Tolen Law Firm | **Invoice #:** | STL27560 |
| 2012 Woodson Road | **Invoice Date:** | 10/27/2006 |
| St. Louis, MO 63114 | **Balance Due:** | $ 0.00 |

**Case #:**

| | |
|---|---|
| **Case:** Caroline Betton v. St Louis County | |
| **Job #:** 21768  | Job Date: 10/17/2006  | Delivery:   Normal | |
| **Billing Atty:** | |
| **Location:** Eric Tolen Law Offices | |
| 2012 Woodson Road | St. Louis, MO 63114 | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Jurlean Johnson | Transcript - copy/copies | Page | 67.00 | $1.50 | $100.50 |
| 2 | Jurlean Johnson | Shipping & handling | Package | 1.00 | $8.50 | $8.50 |
| 3 | Charlene King | Transcript - copy/copies | Page | 61.00 | $1.50 | $91.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | **$200.50** |
| **Payment:** | |
| **Credits:** | ($200.50) |
| **Balance Due:** | **$0.00** |

Fed. Tax ID: ███████

Term: Due Upon Receipt

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

I certify this invoice represents
the true and original costs:
Midwest Litigation Services
By: *Kim Pauley*
Billing Supervisor

| Make check payable to:   **National Depo** |
|---|
| ☐ Visa ☐  MC ☐ Amex  ☐ Discover ☐  Lock Box |
| |
| Credit Card #                                        Exp. Date |
| SIGNATURE (AS IT APPEARS ON CREDIT CARD) |
| PRINT NAME (AS IT APPEARS ON CREDIT CARD) |
| DAYTIME PHONE |

**Invoice #:** STL27560
**Job #:** 21768
**Invoice Date:** 10/27/2006

**Balance :** $ 0.00

Please remit payment to:
**National Depo**
P.O. Box 404743
Atlanta, Ga 30384-4743

3

**Midwest Litigation Services**
An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To: Anthony Muhlenkamp
Tolen Law Firm
2012 Woodson Road
St. Louis, MO 63114

| | |
|---|---|
| Invoice #: | STL29693 |
| Invoice Date: | 12/05/2006 |
| Balance Due: | $ 0.00 |

Case #:

| | |
|---|---|
| Case: | Caroline Betton v. St Louis County |
| Job #: | 22455   \| Job Date: 11/14/2006   \| Delivery:   Normal |
| Billing Atty: | Anthony Muhlenkamp |
| Location: | Eric Tolen Law Offices |
| | 2012 Woodson Road \| St. Louis, MO 63114 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Cytoys Durham | Transcript - copy/copies | Page | 58.00 | $1.50 | $87.00 |
| 2 | Colette Howard | Transcript - copy/copies | Page | 74.00 | $1.50 | $111.00 |
| 3 | Colette Howard | Shipping & handling | Package | 1.00 | $8.50 | $8.50 |

Notes:

| | |
|---|---|
| Invoice Total: | $206.50 |
| Payment: | |
| Credits: | ($206.50) |
| Balance Due: | $0.00 |

Fed. Tax ID:█████████          Term: Due Upon Receipt

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

I certify this invoice represents
the true and original costs:
Midwest Litigation Services
By: *Ken Pauley*
Billing Supervisor

Make check payable to:   **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: STL29693
Job #:  22455
Invoice Date: 12/05/2006

Balance : $ 0.00

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

Bill To: Eric T Tolen
Tolen Law Firm
2012 Woodson Road
St. Louis, MO 63114

| | |
|---|---|
| **Invoice #:** | STL32594 |
| **Invoice Date:** | 02/02/2007 |
| **Balance Due:** | $ 0.00 |

**Case #:**

**Case:** Caroline Betton v. St Louis County
**Job #:** 22432  |  Job Date: 10/31/2006  |  Delivery:  Normal
**Billing Atty:** Eric T Tolen
**Location:** Eric Tolen Law Offices
2012 Woodson Road | St. Louis, MO 63114

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Carolyn Betton | Transcript - copy/copies | Page | 117.00 | $1.50 | $175.50 |
| 2 | Carolyn Betton | Shipping & handling | Package | 1.00 | $8.50 | $8.50 |

**Notes:**

| | | |
|---|---|---|
| **Invoice Total:** | | $184.00 |
| **Payment:** | | |
| **Credits:** | | ($184.00) |
| **Balance Due:** | | $0.00 |

| Fed. Tax ID: ▓▓▓▓▓ | Term: Due Upon Receipt |
|---|---|

TERMS:  Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

I certify this invoice represents
the true and original costs:
Midwest Litigation Services
By: _Kim Pauley_
Billing Supervisor

Make check payable to:   **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:** STL32594
**Job #:** 22432
**Invoice Date:** 02/02/2007

**Balance : $ 0.00**

Please remit payment to:
**National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743**

5

# *Mueller Reporting, P.C.*

### Certified Shorthand Reporters
### P. O. Box 509
### Edwardsville, IL 62025
### 618-692-9890 Fax: 618-692-9891

TO:     Sowers & Wolf
        Mr. D. Eric Sowers
        530 Maryville Centre Drive, Suite 460
        St. Louis, Missouri 63141

                                    February 4, 2010

    Depositions of ROBERT PETERSON, 64 p.
                MARY LOSING, 31 p.
      taken on January 27, 2010
    Depositions of LINDA EDISON, 42 p.
                MICHAEL SUDDARTH, 40 p.
                MARY BLUNT, 21 p.
      taken on January 28, 2010

    Reg. orig. & condensed cc of each, 198 p@$3.55    $702.90
    E-trans of each                                      n/c
    ASCII CD, one for each day                           n/c
    Attendance of reporter 1/27/10                      50.00
                           1/28/10                      60.00

                                               $812.90

    Carolyn Betton, et al.
    vs. 4:05CV1455(JCH)
    St. Louis County, Missouri

REPORTER: Aimee L. Lingle, CSR, CCR

                                Ledger Date: 2/8/10 Lyne
                                Paid by:    Client    S&W
                                Check #

                    *Thank you!*

6

# *Mueller Reporting, P.C.*
### Certified Shorthand Reporters
### P. O. Box 509
### Edwardsville, IL 62025
### 618-692-9890 Fax: 618-692-9891

TO:
Sowers & Wolf
Mr. D. Eric Sowers
530 Maryville Centre Drive, Suite 460
St. Louis, Missouri 63141

October 15, 2009

Deposition of PHILIP MUEHLHEAUSLER
Taken on October 8, 2009

| | |
|---|---|
| Reg. orig. & condensed cc, 52 p@$3.55 | $184.60 |
| E-trans | n/c |
| One copy of exhibits, 17 p@$.20 | 3.40 |
| ASCII CD | n/c |
| Attendance of reporter | 40.00 |
| | $228.00 |

Carolyn Betton, et al.
vs. 4:05CV1455(JCH)
St. Louis County, Missouri

Ledger Date: 1/18/10   Lupe
Paid by:   Client   S&W
Check #

REPORTER: Aimee L. Lingle, CSR, CCR

*Thank you!*

7

# *Mueller Reporting, P.C.*
## Certified Shorthand Reporters
P. O. Box 509
Edwardsville, IL 62025
618-692-9890 Fax: 618-692-9891

TO:     Sowers & Wolf
        Mr. D. Eric Sowers
        530 Maryville Centre Drive, Suite 460
        St. Louis, Missouri 63141

                                    October 26, 2009

Depositions of SHIRLEY SURGENER, 40 p.
               VANESSA FARMER, 27 p.
Taken on October 16, 2009

| | | |
|---|---|---|
| Reg. orig. & condensed cc of each, 67 p@$3.55 | | $237.85 |
| E-trans | | n/c |
| Two copies of exhibits, 14 p@$.20 | | 2.80 |
| ASCII CD | | n/c |
| Attendance of reporter | | 40.00 |
| | | $280.65 |

Carolyn Betton, et al.
vs. 4:05CV1455(JCH)
St. Louis County, Missouri

REPORTER: Aimee L. Lingle, CSR, CCR

*Thank you!*

8

# Mueller Reporting, P.C.
## Certified Shorthand Reporters
P. O. Box 509
Edwardsville, IL 62025
618-692-9890 Fax: 618-692-9891

To: Sowers & Wolf
    By: D. Eric Sowers, Esq.
    530 Maryville Centre Drive
    Suite 460
    St. Louis, MO 63141

10/21/09

Depo. of KAREN LEAHY
  taken on 10/12/09,

| | |
|---|---|
| Orig. & one condensed copy, 34 P. @ $3.55 | $120.70 |
| Attendance of Reporter | 30.00 |
| | **$150.70** |

Carolyn Betton, et al.
vs.
St. Louis County, Missouri 4:05CV1455(JCH)

REPORTER: Kimberly Mueller, CSR, CCR

*Thank you!*

9

AO88  (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

EASTERN       DISTRICT OF       MISSOURI

Carolyn Betton, et al.,

V.

St. Louis County, Missouri

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  4:05CV1455 (JCH)

TO:    Philip Muehlheausler
      5544 Seabridge Court
      St. Louis, Missouri 63129

☑ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY<br>United States District Court<br>111 South 10th Street<br>St. Louis, Missouri 63102 | COURTROOM<br>Suite 16 North |
|---|---|
| | DATE AND TIME<br>3/3/2010 9:00 am |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *(signature)*    Atty for Plfs. | 2/22/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
D. Eric Sowers, 530 Maryville Centre Drive, Suite 460, St. Louis, Missouri 63141   314 744-4010

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

*10*

SOWERS & WOLF, LLC
530 MARYVILLE CENTRE DR. STE. 460
ST. LOUIS, MO 63141
314-968-2400

1839

4-3/810  MO
3560

Bank of America
ACH R/T 081000032

2/22/10

PAY TO THE
ORDER OF _Philip Muehlhauser_____ $ _58 00/100_

_Fifty-eight & 00/100_____ DOLLARS

MEMO _Bertran witness fee_____

MP

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

| EASTERN | | MISSOURI |
|---|---|---|
| | DISTRICT OF | |

Carolyn Betton, et al.,

V.

St. Louis County, Missouri

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  4:05CV1455 (JCH)

TO:   Robert H. Peterson
      653 Indian Acres
      Robertsville, Missouri

☑  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court 111 South 10th Street St. Louis, Missouri 63102 | Suite 16 North |
| | DATE AND TIME 3/3/2010 9:00 am |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Atty for Ptf. | 2/22/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
D. Eric Sowers, 530 Maryville Centre Drive, Suite 460, St. Louis, Missouri 63141   314 744-4010

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

*12*

/ 3

**SOWERS & WOLF, LLC**
530 MARYVILLE CENTRE DR. STE. 460
ST. LOUIS, MO 63141
314-968-2400

1838

4-3/810  MO
3560

2/22/2010

PAY TO THE
ORDER OF_ Robert H. Peterson_

$ 88 00/100

Eighty-eight + 00/100_____ DOLLARS

**Bank of America**
ACH R/T 081000032

MEMO Benton witness fee

MP

# William L. Stage Jr.        Licensed Process Server

Serving St. Louis City, St. Louis County, Jefferson County, St. Charles County, Franklin County and Illinois

Invoice to law office of D. Eric Sowers
Feb 24, 2010

In re: Case no. / Cause no. 4:05CV-1455 [JCH]        US District Court – Eastern Missouri
Carolyn Betton et al        vs.      St. Louis County, Missouri

Service of Subpoenas to Phillip Muehlheausler and to Robert Peterson
Accomplished Feb 22-23, 2010

$45.00 fee x 2
$90.00 subtotal
$45.00 – surcharge [mileage/extras]  *
**$135.00 due**

* 63119 to 63072 [Robertsville] and return = 78 miles x .45 / mile = 34.20
approx 2-mile walk to Robertson's residence / approx 1.0 hour wait for him at BP station

*Round Trip*

**Explanation:**
basic fee:      45.00 per process [discount if serving multiple subjects at same place and time]
non-est:        35.00 if only one attempt
                40.00 for multiple attempts
simple subpoena: 35.00 service on a nearby place of business
mileage:        45 cents per mile for any destination beyond I-270
                or in adjoining counties or Illinois / per attempt
surcharge:      10.00 and up may be added for extraordinary means of service e.g. stakeout,
"urgent," middle-of-night activity or for attempts at multiple locations or for attempts at a bad
address, etc.
Courtroom testimony: 25.00 per hour  /  Investigation: 40.00 per hour

*Wm. Stage*
P.O. Box 4932  St. Louis, Missouri 63108        Thank You !
voice 314. 567.8697   cell 314.420.2226

Ledger Date: 2/27/10 -lpe
Paid by:     Client     S&W
Check #

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


CAROLYN BETTON, et al.                    )

              Plaintitffs                    )

                                   )

      V.                    )        Case No.: 4:05CV1455 (JCH)

                                   )

ST. LOUIS COUNTY MISSOURI                 )

              Defendant                  )


### Declaration Guadalupe Lugo

Guadalupe Lugo states as follows:


1. I am a legal assistant at the law firm of Sowers & Wolf, LLC.  I make this Declaration of my personal knowledge.

2. I am responsible for calculating how many copies are attributed to, and thus billed to, each of our clients.  Our photocopier uses preloaded software to assign a user code for each client.  This code- between four and five numbers- must be entered before photocopying is allowed.  After entering the code, the photocopier automatically tracks each individual copy that is made for each client.  The software attached to the photocopier then allows one to review the number of total copies printed on the machine,

as well as the number of copies made for each individual client.  This same report can

then be printed as an Excel spreadsheet.  Using the tracking software as I was able to

determine the total number of copies attributed to our clients, Carolyn Betton, et al., as

4,137 copies.

2. I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 26 , 2010

_____

Guadalupe Lugo

*16*

#User Statistics List
#Format Version:1.2.3.0
#Date Obtained:24/03/2010 15:52:45
#Device Name:lanier
#Address:192.168.118.5

| #User | Name | Total Printouts | B & W(Total Printouts) | Col B & W(Total Printouts) | B & W: Result(Tot Co | Tot Co Black & Wl | Black & White(Sma |
|---|---|---|---|---|---|---|---|
| [0002] | | 305 | 305 | 305 | 305 | 305 | 305 |
| [00052] | | 168 | 168 | 168 | 168 | 168 | 168 |
| [00053] | | 1 | 1 | 1 | 1 | 1 | 1 |
| [00055] | | 585 | 585 | 585 | 586 | 585 | 584 |
| [0006] | | 441 | 441 | 441 | 441 | 441 | 441 |
| [00061] | | 103 | 103 | 103 | 103 | 103 | 103 |
| [00064] | | 0 | 0 | 0 | 0 | 0 | 0 |
| [0014] | | 673 | 673 | 673 | 673 | 673 | 673 |
| [0015] | | 0 | 0 | 0 | 0 | 0 | 0 |
| [0017] | | 3164 | 3164 | 3164 | 3165 | 3164 | 3163 |
| [0018] | | 595 | 595 | 595 | 595 | 595 | 595 |
| [0019] | | 0 | 0 | 0 | 0 | 0 | 0 |
| [0021] | | 0 | 0 | 0 | 0 | 0 | 0 |
| [0025] | | 0 | 0 | 0 | 0 | 0 | 0 |
| [0027] | | 5124 | 5124 | 5124 | 5130 | 5124 | 5118 |
| [0030] | | 6733 | 6733 | 6733 | 6733 | 6733 | 6733 |
| [0032] | | 2955 | 2955 | 2955 | 2955 | 2955 | 2955 |
| [0033] | | 789 | 789 | 789 | 799 | 789 | 779 |
| [0035] | | 3749 | 3749 | 3749 | 3756 | 3749 | 3742 |
| [0036] | | 530 | 530 | 530 | 530 | 530 | 530 |
| [0039] | | 675 | 675 | 675 | 675 | 675 | 675 |
| [0040] | | 0 | 0 | 0 | 0 | 0 | 0 |
| [0041] | | 790 | 790 | 790 | 790 | 790 | 790 |
| [0042] | | 4785 | 4785 | 4785 | 4792 | 4785 | 4778 |
| [0044] | | 162 | 162 | 162 | 162 | 162 | 162 |
| [0045] | | 0 | 0 | 0 | 0 | 0 | 0 |
| [0046] | | 0 | 0 | 0 | 0 | 0 | 0 |
| [0048] | | 562 | 562 | 562 | 562 | 562 | 562 |
| [0049] | | 605 | 605 | 605 | 606 | 605 | 604 |
| → [0051] | [betton, et al.] | 458 | 458 | 458 | 458 | 458 | 458 |
| | | 4137 | 4137 | 4137 | 4140 | 4137 | 4134 |

17